1   JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000                    *E-FILED - 4/8/09*

7   Attorneys for the United States of America

8

9             IN THE UNITED STATES DISTRICT COURT FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA and          )    NO.  CV 09-0483-~~JSW~~  RMW
    CHEERLEN CHANG, Revenue Agent,        )    NO.  CV 09-0484-~~JSW~~  RMW
14                                         )
                                           )
15            Petitioners,                 )    STIPULATION and [~~PROPOSED~~]
                                           )    ORDER TO SHOW CAUSE RE
16       v.                                )    ENFORCEMENT OF INTERNAL
                                           )    REVENUE SERVICE SUMMONS
17  NEAL BARNETT, individually and NEAL   )
    BARNETT, AS PRESIDENT OF              )
18  SIGN-ON SYSTEMS, INC.                 )
                                           )
19            Respondent.                  )
                                           )
20  _____)

21          The parties hereby stipulate and agree, subject to the Court's approval, to the following:

22          1.    On February 3, 2009, the United States filed two Verified Petitions to Enforce

23  Internal Revenue Service Summonses, one for  for Neal Barnett, individually, and as President of

24  Sign-On Systems, Inc.  United States v. Neal Barnett, Case No. CV 09-0484-RMW (N.D. Calif,);

25  United States v. Neal Barnett, as President of Sign-On Systems, Inc., Case No. CV 09-0483-

26  RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

27          2.    The parties stipulate and agree that Neal Barnett will appear at the office of Ms.

28  Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600, San Jose,

1   California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses by providing

2   documents and testimony as required by the summonses heretofore served upon him both

3   individually and as President of Sign-On Systems, Inc.

4   SO STIPULATED:

5                                           Respectfully submitted,

6                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
7   DATED: March 15, 2009        _____/s/ Cynthia Stier
8                                           CYNTHIA STIER
                                            Assistant United States Attorney
9                                           Tax Division
                                                    Attorneys for the United States
10

11                                          BERLINER COHEN

12  DATED: March 1, 2009            ____/s/_____
                                            FRANK R. UBHAUS
13                                          CHRISTIAN E. PICONE

14                                          Attorneys for Respondent, Neal Barnett,
                                            individually and as President of Sign-on
15                                          Systems, Inc.

16                                  **ORDER**

17          Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that Neal Barnett

18  appear at the office of Ms. Cheerlen Chang, Internal Revenue Agent, located at 55 South Market

19  Street, Suite 600, San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with

20  both summonses by providing documents and testimony as required by the summonses

21  heretofore served upon him both individually and as President of Sign-On Systems, Inc.

22

23      **SO ORDERED** this __8__ day of _____April_____, 2009,

24  at__San Jose_____, California.

25                                  _Ronald M. Whyte_____

26                                  **RONALD M. WHYTE**
                                    **UNITED STATES DISTRICT JUDGE**
27

28