| | |
|---|---|
| 1  JOSEPH RUSSONIELLO (CSBN 44332)<br>    United States Attorney<br>2  THOMAS MOORE (ASBN 4305-O78T)<br>    Assistant United States Attorney<br>3  Chief, Tax Division<br>    CYNTHIA STIER (DCBN 423256)<br>4  Assistant United States Attorney<br>    9th Floor Federal Building<br>5  450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102<br>6  Telephone: (415) 436-7000<br>7  Attorneys for the United States of America | *E-FILED - 5/7/09* |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>CHEERLEN CHANG, Revenue Agent,<br><br>           Petitioners,<br><br>           v.<br><br>NEAL BARNETT, individually and NEAL<br>BARNETT, AS PRESIDENT OF<br>SIGN-ON SYSTEMS, INC.<br><br>           Respondent. | NO. CV 09-0483-RMW<br>NO. CV 09-0484-RMW<br><br>STIPULATION and [PROPOSED]<br>ORDER TO RESCHEDULE<br>HEARING ON ORDER TO SHOW<br>CAUSE RE: ENFORCEMENT OF<br>INTERNAL REVENUE SERVICE<br>SUMMONS<br><br>Date: May 22, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 6, Fourth Floor |

    The parties hereby stipulate and agree, subject to the Court's approval, to the following:

    1.    On February 3, 2009, the United States filed two Verified Petitions to Enforce Internal Revenue Service Summonses, one for  for Neal Barnett, individually, and as President of Sign-On Systems, Inc.  <u>United States v. Neal Barnett</u>, Case No. CV 09-0484-RMW (N.D. Calif,); <u>United States v. Neal Barnett, as President of Sign-On Systems, Inc.</u>, Case No. CV 09-0483-RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

//

1      2. The Court entered an Order to Show Cause re: Enforcement of Internal Revenue
2  Summons, scheduling the hearing for April 10, 2009.
3      3.  Pursuant to a Stipulation by the parties, the Court ordered Neal Barnett to appear at
4  the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600,
5  San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses, and
6  continued the hearing on the Order to Show Cause to May 8, 2009.
7      4.  Mr. Barnett did appear before Agent Chang; however, there are several issues which
8  Agent Chang wants addressed which require additional time for Mr. Barnett to respond.
9      5.  Accordingly, the parties stipulate and request that this Court reschedule the hearing on
10 the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently scheduled for
11 May 8, 2009, to May ~~15~~ 22, 2009, at 9:00 a.m.

SO STIPULATED:

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: May 6, 2009              /s/ Cynthia Stier
                                              CYNTHIA STIER
                                              Assistant United States Attorney
                                              Tax Division
                                                 Attorneys for the United States

                                              BERLINER COHEN

DATED: May 6, 2009             /s/
                                              FRANK R. UBHAUS
                                              CHRISTIAN E. PICONE

                                              Attorneys for Respondent, Neal Barnett,
                                              individually and as President of Sign-on
                                              Systems, Inc.

Stipulation and [PROPOSED] Order,
Case Nos. 09-0483-RMW and
09-0484

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED that the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons, currently schedule for May 8, 2009 at 9:00 a.m. is rescheduled to May 22, 2009, at 9:00 a.m.

**SO ORDERED** this  7  day of ____May_____, 2009, at San Jose, California.

*Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**

Stipulation and [PROPOSED] Order,
Case Nos. 09-0483-RMW and
09-0484

3