1 | JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4 | Assistant United States Attorney
9th Floor Federal Building
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7000

*E-FILED - 5/21/09*

7 | Attorneys for the United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT FOR THE

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA and                    )
CHEERLEN CHANG, Revenue Agent,                    )   NO.  CV 09-0483-RMW
14 |                                                )   NO.  CV 09-0484-RMW
                                                   )
15 |        Petitioners,                            )   STIPULATION and [----------------
                                                   )   ORDER TO RESCHEDULE
16 |                                                )   HEARING ON ORDER TO SHOW
                                                   )   CAUSE RE: ENFORCEMENT OF
17 |                                                )   INTERNAL REVENUE SERVICE
        v.                                         )   SUMMONS
18 |                                                )
NEAL BARNETT, individually and NEAL               )
19 | BARNETT, AS PRESIDENT OF                       )   Date: June 12, 2009
SIGN-ON SYSTEMS, INC.                             )   Time: 9:00 a.m.
20 |                                                )   Place: Courtroom 6, Fourth Floor
        Respondent.                                )
21 |                                                )

22 |        The parties hereby stipulate and agree, subject to the Court's approval, to the following:

23 |        1.    On February 3, 2009, the United States filed two Verified Petitions to Enforce

24 | Internal Revenue Service Summonses, one for  for Neal Barnett, individually, and as President of

25 | Sign-On Systems, Inc.  United States v. Neal Barnett, Case No. CV 09-0484-RMW (N.D. Calif,);

26 | United States v. Neal Barnett, as President of Sign-On Systems, Inc., Case No. CV 09-0483-

27 | RMW (N.D. Calif.).  These cases were consolidated by Order entered March 5, 2009.

28 | //

1       2.  The Court entered an Order to Show Cause re: Enforcement of Internal Revenue

2 Summons, scheduling the hearing for April 10, 2009.

3       3.   Pursuant to a Stipulation by the parties, the Court ordered Neal Barnett to appear at

4 the office of Ms. Cheerlen Chang, Internal Revenue Agent, 55 South Market Street, Suite 600,

5 San Jose, California 95113, on April 27, 2009, at 9:00 a.m, to comply with both summonses, and

6 continued the hearing on the Order to Show Cause to May 8, 2009.

7       4.   Mr. Barnett did appear before Agent Chang; however, there were several issues

8 which Agent Chang wanted addressed which required additional time for Mr. Barnett to respond.

9       5.  The parties stipulated to continue the hearing to allow Mr. Barnett to obtain the

10 additional information.  To date, there is only one item remaining which Mr. Barnett has

11 requested from Wells Fargo.  Mr. Barnett has agreed to provide the Wells Fargo records to Ms.

12 Chang as soon as it is received.  Accordingly, the parties stipulate and request that this Court

13 reschedule the hearing on the Order to Show Cause re: Enforcement of Internal Revenue

14 Summons, currently scheduled for May 22, 2009, to June 12, 2009, at 9:00 a.m.

15       6.  In the event that the Wells Fargo records are provided to Ms. Chang, the United

16 States will seek dismissal of this action.

17 SO STIPULATED:

18                                           Respectfully submitted,

19                                           JOSEPH P. RUSSONIELLO
                                        United States Attorney

20
DATED: May 20, 2009                 /s/ Cynthia Stier

21                                           CYNTHIA STIER
                                        Assistant United States Attorney

22                                           Tax Division
                                            Attorneys for the United States

23

24                                           BERLINER COHEN

25 DATED: May 20, 2009                  /s/

26                                           FRANK R. UBHAUS
                                          CHRISTIAN E. PICONE
                                          Attorneys for Respondent, Neal Barnett,

27                                           individually and as President of Sign-on
                                          Systems, Inc.

28

1

**ORDER**

2      Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED

3  that the hearing on the Order to Show Cause re: Enforcement of Internal Revenue Summons,

4  currently schedule for May 22, 2009 at 9:00 a.m. is rescheduled to June 12, 2009, at 9:00 a.m.

5      **SO ORDERED** this _____21_____ day of _____May_____, 2009,

6  at San Jose, California.

7                                      _Ronald M. Whyte_____

8                                      **RONALD M. WHYTE**
                                        **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [] Order,
Case Nos. 09-0483-RMW and
09-0484                              3