1   JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7   Attorneys for the United States of America                *E-FILED - 6/11/09*

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA and            )
    CHEERLEN CHANG, Revenue Agent,          )   NO.  CV 09-0483-RMW
14                                          )   NO.  CV 09-0484-RMW
                                            )
15          Petitioners,                    )   APPLICATION and [PROPOSED]
                                            )   ORDER TO DISMISS
16          v.                              )
                                            )
17  NEAL BARNETT, individually and NEAL     )
    BARNETT, AS PRESIDENT OF                )
18  SIGN-ON SYSTEMS, INC.                   )
                                            )
19          Respondent.                     )
    _____)

20

21          Petitioners, United States of America and Cheerlen Chang, IRS Revenue Agent, hereby

22  advise the Court that respondents, Neal Barnett, individually and as President of Sign-On

23  Systems, Inc., has complied with the Internal Revenue Service summons and request that these

24  actions be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

25

26                                          JOSEPH RUSSONIELLO
                                            United States Attorney

27

    Dated: June 5, 2009                     /s/ Cynthia Stier
28                                          CYNTHIA STIER
                                            Assistant United States Attorney
                                            Tax Division

1

**ORDER**

2      Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of

3   Civil Procedure, these actions are hereby dismissed.

4

5      **ORDERED** this __11__ day of _____June_____, 2009, at San Jose,

6

7   California.

8                                               **RONALD M. WHYTE**
                                                **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**US and Cheerlen Chang**
**v. Neal Barnett, et al.,**
**Case Nos. CV 09-0483-RMW,**
**and CV 09-0484-RMW**                    2